## TROUT v. SMALL and Another.

*Thursday, June 3.*

APPEAL from the *Boone* Court of Common Pleas.

*Per Curiam.*—The record in this case presents no question to this Court.

The judgment is affirmed, with 5 per cent. damages and costs.

*O. S. Hamilton*, for the appellant.